Filed 5/3/13 P. v. Riggs CA4/2

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

# FOURTH APPELLATE DISTRICT

# DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E057296 |
| v. | (Super.Ct.No. RIF1200008) |
| JAMES CHARLES RIGGS, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of Riverside County. Helios (Joe) Hernandez, Judge. Affirmed.

Alan S. Yockelson, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

**INTRODUCTION**

On January 5, 2012, a felony complaint charged defendant and appellant James Charles Riggs with: buying, receiving, and/or concealing a stolen vehicle or equipment with a prior conviction (Pen. Code, §§ 666.5, subd. (a), 496d, subd. (a), counts 1, 6, 12, 20, 23); unauthorized use of personal identifying information (§ 530.5, subd. (a), counts 2, 5, 14, 15, 17, 19, 21, 25); forgery (§ 470, subd. (d), counts 3, 4, 16, 22, 26); second degree burglary (§ 459, counts 7, 8, 10, 13, 24, 29); grand theft exceeding $950 (§ 487, subd. (a), counts 9, 11, 18, 28); and buying, receiving, and/or concealing a stolen vehicle or equipment (§ 496d, subd. (a), count 27).

As to counts 1, 4, 6, 29, the complaint alleged that defendant had a pattern of related felony conduct taking more than $100,000. (§ 186.11, subd. (a)(1).) As to count 29, the complaint further alleged defendant took, damaged, and/or destroyed property in the commission or attempted commission of a felony with a value exceeding $65,000. (12022.6, subd. (a)(1).) Additionally, the complaint alleged that defendant had suffered six prior felony convictions for which he had served prison terms. (§ 667.5, subd. (b).)

On August 29, 2012, defendant entered into a negotiated plea agreement. He pled guilty to counts 2, 4, 6, 7, 9, and 11, and admitted the allegation charged under count 4. (§ 186.11, subd. (a)(1).) The parties agreed to a state prison term of four years eight months.

2

On August 31, 2012, the trial court sentenced defendant to four years eight months in state prison. The court also ordered defendant to pay a booking fee of $450.34, a restitution fine of $240, a parole revocation restitution fine of $240 (suspended pending successful completion of parole), a court operations assessment fee of $240, a conviction assessment fee of $180, and a victim restitution fine of $32,443.60. The court also ordered defendant to submit fingerprint and DNA samples. (§ 296, subd. (a).)

Defendant received credit for time served of 90 actual days, plus 90 credit days (§ 4019), for a total of 180 days.

Following the imposition of the sentence, the remaining counts and allegations were dismissed. Similarly, the six prior allegations were stricken.

Defendant filed a timely notice of appeal.

## STATEMENT OF FACTS

In his plea agreement, defendant agreed that "I did the things that are stated in the charges that I am admitting."

## ANALYSIS

After defendant appealed, and upon his request, this court appointed counsel to represent him. Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738, setting forth a statement of the case, a summary of the facts and potential arguable issues, and requesting this court to undertake a review of the entire record.

3

We offered defendant an opportunity to file a personal supplemental brief, but he has not done so.  Pursuant to the mandate of *People v. Kelly* (2006) 40 Cal.4th 106, we have conducted an independent review of the record and find no arguable issues.

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS


McKINSTER_____
                                                                                    J.

We concur:


RAMIREZ_____
                    P. J.


KING_____
                    J.

4